

**FEDERAL PUBLIC DEFENDER**

MIDDLE DISTRICT OF TENNESSEE

**DUMAKA SHABAZZ     FEDERAL PUBLIC DEFENDER**

**164 ROSA L. PARKS BLVD. NASHVILLE, TN 37203     PH: 615.736.5047**

**COLLECT CALL LINE FOR INCARCERATED PERSONS     PH: 615.780.6218**

**18 May, 2026**

**Hon. Thomas Parker**
**United States District Court for the**
**Western District of Tennessee**
**Odell Horton Federal Building**
**167 North Main Street**
**Memphis, TN 38103**

　　　　**Re: *Tony Von Carruthers v. Worthington*, 2:08-cv-02425-TLP-cgc**

**Judge Parker:**

**Petitioner, Tony Carruthers, submits this notice of supplemental authority. *Thompson v. Bell*, 580 F.3d 423 (6th Cir. 2009), holds that the Tennessee Court unreasonably applied *Ford v. Wainwright* and *Panetti v. Quarterman* when it failed to consider Mr. Thompson's delusions in making its competency determination. Further, it holds that the Tennessee courts' conclusion that Mr. Thompson's history of mental illness was irrelevant to its competency determination was unreasonable. *Id*. at 436-37.**

**Sincerely,**

***/s/ Amy D. Harwell***
**First Assistant Federal Public Defender**

"…AND TO HAVE THE ASSISTANCE OF COUNSEL FOR HIS DEFENSE." CONSTITUTION OF THE UNITED STATES, AMENDMENT VI

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document has been served on counsel for Respondent, Assistant Attorneys General Sarah Stone and John Bledsoe, through the electronic CM/ECF system, on the 18th day of May, 2026.

*/s/ Amy D. Harwell*

**"…AND TO HAVE THE ASSISTANCE OF COUNSEL FOR HIS DEFENSE." CONSTITUTION OF THE UNITED STATES, AMENDMENT VI**