IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| TONY VON CARRUTHERS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2-08-cv-2425 |
| | ) | |
| KENNETH NELSEN, Warden, Riverbend, | ) | **CAPITAL CASE** |
| Maximum Security Institute, | ) | |
| | ) | |
| Respondent. | ) | |

---

## EMERGENCY MOTION FOR A STAY OF EXECUTION

---

1. The Tennessee Department of Correction (TDOC) has been unable to obtain intravenous access to administer lethal injection to Mr. Carruthers.

2. Repeated attempts to obtain access at alternate IV sites have been unsuccessful.

3. The 2025 Tennessee Execution Protocol provides that if the executioners are unable to obtain peripheral venous access, the physician is charged with establishing a central line.

4. On information and belief, TDOC's contracted physician is not qualified to establish a central line.

5. Pursuant to the Eighth Amendment and the Tennessee Constitution continuous attempts to obtain venous access constitute cruel and unusual punishment.

1

6.  Attempting to obtain venous access through a central line placed by an unqualified physician creates a grievous risk of suffering in violation of the Eighth Amendment and the Tennessee Constitution.

7.  Mr. Carruthers respectfully prays that this Court will stay Mr. Carruthers's execution.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER FOR THE MIDDLE DISTRICT OF TENNESSEE
CAPITAL HABEAS UNIT

AMY D. HARWELL
Interim Chief, Capital Habeas Unit

MARSHALL A. JENSEN
SAMANTHA N. BARRY
Asst. Federal Public Defenders

164 Rosa L. Parks Blvd
Nashville, TN 37203
Phone:  (615) 736-5047
Fax:     (615) 736-5265
Email: Amy_Harwell@fd.org

BY: /s/ *Amy D. Harwell*

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document has been served on counsel for Respondent, Assistant Attorneys General Sarah Stone and John Bledsoe, through the electronic CM/ECF system, on the 15th day of May, 2026.

*/s/ Amy D. Harwell*